U.S. PROBATION & PRETRIAL SERVICES
2018 NOV -7 PM 3:59

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Anthony Eugene Myers #33133045 )
(full name)   (Register No).  )
02-06-1981 )
_____ )  Case No. 18-0898-CV-W-FJG-P
              Plaintiff(s).  )
                             )
v.                           )
                             )
                             )
Kansas City, MO. Police Department, City OF )  Defendants are sued in their (check one):
(Full name) KANSAS City Missouri, OFFICER )  ___ Individual Capacity
Brian Tomonio, Robinson, Solomon )  ___ Official Capacity
_____ )  ✓ Both
              Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): Core Civic America, 100 Highway Terrace - Leavenworth, Kansas. 66048

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Anthony Eugene Myers    Register No.# 33133045
   Address 100 Highway Terrace, Leavenworth, Kansas 66048

B. Defendant City of Kansas City Missouri, Kansas City, Missouri Police Department, Brian Tomonio, Robinson, Solomon
   Is employed as _____

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III. Do your claims involve medical treatment? Yes ✓ No ___

IV. Do you request a jury trial? Yes ✓ No ___

V. Do you request money damages? Yes ✓ No ___

State the amount claimed? $350,000.00/500,000.00 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ✓ No ___
As of

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure? NA
Yes ___ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ___ No ___ NA

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
ENTURNAL AFFAIRS WAS SUPPOSE TO BE looking in to simular incidents of officers choking and depriving me of oxygen by placing hands over nose while hand cuffed, in 11-20-2017

D. If you have not filed a grievance, state the reasons.
I Filed a complaint with ENTURNAL AFFAIRS.

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ___ No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ~~NA~~ No ✓

C. If your answer is "Yes," to either of the above questions, provide the following information for each case. Still Being Denied TREATMENT to get surgery on Left hand after 6 months.

(1) Style: _____
         (Plaintiff)          (Defendant)
(2) Date filed: _____

2

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
                (Pending) (on appeal) (resolved)
(8) If resolved, state whether for: _____
                        (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

ON APRIL 1, 2018, AT 2:00 AM I WAS WALKING WEST BOUND ON 24th Street Between BP Julor 3 Chelsea AND I OBSERVED A POLICE PATROL CAR COMING EAST ON 24th STREET AND MADE A U-TURN AS THEY PAST ME. THIN TURN ON THEIR lights, EXIT THE CAR WITH THEIR WEAPONS DRAWN ON ME. I Put MY HANDS UP IN FEAR OF BEING SHOT. BOTH OFFICER HOSTERED THEIR WEAPONS GRABBED ONE ARM A PIECE ONE ON MY LEFT PLACED A HAND RESTRAINT ON ME "BRAKING MY LEFT HAND, WHILE BEING CUFFED UP ONE OFFICER CHOKED ME UNCONCIOUS AFTER STRIKING ME SEVERAL TIMES WHILE CUFFED AND UNCONCIOUS. I WAS NOT RESISTING THEY YELLED THIS AS THE PLAYED TUGG OF WAR WITH MY BODY AND TO JUSTIFY THE EXCESSIVE FORCE OF STRIKING AND KNOCKING ME UNCONCIOUS. THESE OFFICERS DONE THIS ON CAMERA OF THEIR PATROL CAR AND FRAMED ME BY SAYING THE GETTING A WEAPON OFF OF ME THAT THE VIDEO OF DASHCAM DO NOT SUPPORT. WHILE AT POLICE STATION I ASK FOR MEDICAL ATTENTION AND WAS DENIED MEDICAL ATTENTION.

B. State briefly your legal theory or cite appropriate authority:

I FEEL THAT THE OFFICER HAD NO VALUE OR RESPECT FOR MY LIFE. I FELT AS IF I WAS GOING DIE. I FEEL THAT HITTING ME WHILE I WAS CUFFED WAS CRUIL AND UNUSUAL PUNNISHMENT. I FEEL THAT I WAS IN SOME 1960's RACEWE MOVE WHERE THE POLICE BEAT ME AND FRAMED ME WITH FAKE EVIDENCE. I HAD ENTURNAL AFFAIRS lOOKING INTO A INCODENT WHERE THE POLICE BEAT ME AND ONE OFFICE PLACED HIS HANDS OVER MY NOSE DEPRIVING ME OF OXYGEN. I FEEL LIKE THE POLICE ARE TRYING TO KILL ME. THEY TOOK ME TO Jail FOR A WEAPON AND THE VIDEO clearly SHOWS I DID NOT HAVE A WEAPON WHEN THEY ARRESTED ME. THEY'RE WAS NO WITNESS WHO IDENTIFIED ME ON SCENE-IN A lINE UP-OR ANYTHING ELSE THAT SUPPORT THE POLICE ARESTING ME ON 4-1-18

3

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
~~I would like for the court to view vides of police crash dam to see is the arrest~~ I would like for the court to make them pay for my pain and six months of suffering for the truble they caused in my life

XI. Counsel: Get Docket Number

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. _____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?   Yes ___ No ✓

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

_____
_____
_____

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes ___ No ✓

If your answer is "Yes," state the name and address of the lawyer.

_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this  2ND  day of  November  20 18.

Anthony Myers
Signature(s) of Plaintiff(s)

JUSTIN METZ
Notary Public, State of Kansas
My Appointment Expires
04/2022

4

Anthony Myers 33133045
Core Civic America
100 Highway Terrace
Leavenworth, Kansas 66045

RECEIVED
2018 NOV -9 AM 10: 37
CLERK US DIST. COURT
WEST DIST. OF MO.
KANSAS CITY, MO.

United States District Court For The Western District of Missouri
400 EAST 9TH. STREET ROOM 4510
Kansas City, Mo. 64106

NOTICE: This Correspondence was mailed from a correctional institution its contents are uncensored.

KANSAS CITY 640
05 NOV 2018 PM 4 L

SCREENED
U.S. M...

INDIGENT